# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

CHARLENE RAMOS
OFFICE MANAGER

June 27, 2014

BY FAX & ECF
Honorable Loretta A. Preska
Chief United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-2-14

Re: United States v. Olangian
12 CR 798 (LAP)

Dear Judge Preska:

    We write to request an adjournment of the upcoming conference in this matter scheduled for June 30, 2014 at 12:00 PM. The government, by AUSA Shane Stansbury, consents to this request. The reasons for this request are that we are still in the process of reviewing discovery and in addition, I am starting a trial on Monday, June 30, 2013, before Judge Gleeson in the Eastern District of New York.

    For these reasons, we request an adjournment of approximately three to four weeks. The defendant waives speedy trial time. There has been one prior adjournment request, which was approved by the Court's order of June 2, 2014.

The conference is adjourned to July 31, 2014 at 3:00 p.m.

Respectfully Submitted,

/s/ Lee A. Ginsberg

Lee A. Ginsberg

cc (by electronic mail)
AUSA Shane Stansbury
AUSA Sean Buckley

*[signed]* Loretta A. Preska
UNITED STATES DISTRICT JUDGE

July 1, 2014

1