USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

REZA OLANGIAN,

              Defendant.

12 Cr. 798 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

As set out in counsel's letter dated January 22 (dkt. no. 159), Mr. Olangian was transferred out of the MCC to a facility in California on or about August 14, 2019. During the transfer, his legal materials were lost and, apparently, cannot be recovered.

The Court reiterates its recommendation to the Bureau of Prisons made during sentencing (dkt. no. 144, p. 26) that Mr. Olangian be housed at the MCC through the pendency of his appeal so that he can confer more easily with his attorney. It is also the Court's recommendation that Mr. Olangian be permitted access to a computer so he can review the voluminous files in his case and assist counsel with this appeal.

SO ORDERED.

Dated: New York, New York
February 6, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1