**THE LAW OFFICES OF SAEID B. AMINI**
*District of Columbia, Florida, Maryland, New York, Ohio*
**SAEID B. AMINI, PH.D., MBA, JD, LL.M.**
*Adjunct Professor, George Washington University*

| | | |
|---|---|---|
| 730 24th Street, NW | sbajd98@yahoo.com | 202-965-8887(O) |
| Suite One | sbajd98@gwu.com | 202-965-4446 (f) |
| Washington, DC 20037 | profaminilaw.com | 202-306-9444 (C) |

May 20, 2021

The Honorable Loretta Preska
Senior United States District Judge
Southern District of New York
United States Court House
500 Pearl Street
New York, NY   10007

        Re: United States v. Olangian
           12 CR 798 (LAP)

Dear Judge Preska,

I am representing Mr. Reza Olangian in a limited scope dealing with the conditions of his incarceration and helping him to prepare a 2255 petition. Presently, Mr. Olangian is serving his sentence at a BOP facility located in Victorville, California.

When Mr. Olangian was at MCC-NYC, he had compiled the discovery materials related to his case in 69 DVDs.[1]  Since many of these DVDs (Nos. 23-54), were not viewable through the discovery computers at the MCC-NYC, with an Order of this Honorable Court, he was provided with a laptop computer that allowed him to review all the DVDs. When Mr. Olangian moved to the current BOP facility, his laptop was taken away from him.

While Mr. Olangian can access some the materials on the BOP computers, he has not been permitted to save these files on a flash drive so he can share them with the undersigned and other attorneys who are helping him in the preparation of the Title 28 U.S.C. 2255 petition. The facility management would permit this upon an Order of this Honorable Court.

---

[1] These DVDs contain evidence on ineffectiveness assistance of trial counsel, and over 2500 printed legal papers including over 500 pages of typed legal papers prepared by Mr. Olangian as part of his 2255 petition.

Page -2-
The Honorable Loretta Preska
Senior United States District Judge

Accordingly, Mr. Olangian is seeking an Order enabling him to copy the content of these DVDs onto a flash drive that the undersigned has already mailed to him.[2]

In light of the foregoing, Mr. Olangian is seeking Your Honor's intervention in making sure that the Victorville BOP facility allows him to copy the contents of the DVDs to a flash drive for the purpose using the materials in preparation of the 2255 petition.

Thank you.

Sincerely,

/s/ Saeid B. Amini

Saeid B. Amini, Esq.

cc:     Mr. Reza Olangian                        Via First Class USPS
        BOP # 91980-054
        FCI Victorville Medium I
        FEDERAL CORRECTIONAL INSTITUTION
        P.O. BOX 3725
        ADELANTO, CA  92301

> Counsel's request that Mr. Olangian be granted permission to copy the contents of the DVDs onto a flash drive to prepare Mr. Olangian's 2255 petition is GRANTED. SO ORDERED.
>
> *Loretta A. Preska*  6/21/2021

---

[2] These DVDs do NOT contain "protective" materials.