

February 25, 2022

Hon. Loretta A Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Reza Olangian (LAP)</u>
12-Cr-798, 21-CV-8166

Dear Judge Preska:

Reza Olangian's 28 U.S.C. § 2255 petition was filed on October 4, 2021, and is pending before this Court. On November 29, 2021, this Court appointed me pursuant to the Criminal Justice Act to represent Mr. Olangian in connection with his petition, and extended the due date of any memorandum in support of the petition by 90 days. I write today, with the consent of the government, to request an <u>extension of the deadline by another 90 days</u>.

Since being appointed, I have had several conversations with Mr. Olangian, and have begun the process of reviewing the trial transcript and Mr. Olangian's numerous legal arguments he wishes to raise. Much more remains to be done, however, including a review of relevant discovery and 3500 material, consultation with trial counsel, and legal research. Accordingly, I respectfully request an additional 90 days to complete this process and to produce a memorandum on behalf of Mr. Olangian.

As noted, the government does not object. Thank you for your consideration.

SO ORDERED.

*/s/ Loretta A. Preska*
2/28/2022

Sincerely,

/s/

Florian Miedel
*Attorney for Reza Olangian*

cc: AUSA Madison Reddick Smyser
Reza Olangian