

# MM
Miedel & Mysliwiec LLP

April 25, 2022

Hon. Loretta A Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    **United States v. Reza Olangian (LAP)**
                       12-Cr-798, 21-CV-8166

Dear Judge Preska:

      Reza Olangian's 28 U.S.C. § 2255 petition was filed on October 4, 2021, and is pending before this Court. On November 29, 2021, this Court appointed me pursuant to the Criminal Justice Act to represent Mr. Olangian in connection with his petition.

      Since then, I have spent considerable time reviewing the trial transcript, related materials, including many produced by Mr. Olangian, and conducting legal research. After multiple conversations with Mr. Olangian, we have decided that I will not be filing a memorandum of law in support of his § 2255 petition, and I respectfully ask to be relieved. ①

      However, Mr. Olangian wishes to pursue his § 2255 petition *pro se*. Because of COVID related lockdowns and impediments to spending time in the law library, Mr. Olangian requests an additional 90 days to supplement his *pro se* § 2255 submission. The government consents to this request. ②

      Thank you for your consideration.

Sincerely,

/s/

Florian Miedel
*Attorney for Reza Olangian*

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

cc:    AUSA Madison Reddick Smyser
        Reza Olangian

4/26/22