IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 1:21-cv-08166-LAP |
| | § | (1:12-cr-798-LAP) |
| REZA OLANGIAN | § | |

## ORDER

The defendant's unopposed motion for a two-week extension of the due date for the filing of a reply to the government's response in opposition to the defendant's section 2255 motion is granted. The reply is now due on or before July 21, 2023.

It is so ordered on this 5th day of July, 2023.

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE