UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          -against-<br><br>REZA OLANGIAN,<br><br>                    Defendant. | 12 CR 798 (LAP)<br><br>ORDER |

Loretta A. Preska, Senior United States District Judge:

   The Court is in receipt of Mr. Olangian's motion for compassionate release.  (Dkt. no. 189.)  The Government shall respond to Mr. Olganian's motion no later than December 1, 2023. Mr. Olganian's reply, if any, shall be submitted no later than December 22, 2023.

**SO ORDERED.**

Dated:   New York, New York
         November 3, 2023

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge